PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Carlos Molina                                  Cr.: 02-00874-001

Name of Sentencing Judicial Officer: Honorable Joseph A. Greenaway, U.S. District Judge

Date of Original Sentence: 02/09/04

Original Offense: Importation of More Than 100 Grams of Heroin

Original Sentence: 60 months imprisonment; 4 years supervised release; $100 special assessment.
Special Conditions: mandatory drug testing; drug and alcohol treatment; financial disclosure; no new debt; obtain GED.

Type of Supervision: Supervised Release                 Date Supervision Commenced: 05/15/07

### PETITIONING THE COURT

[ ]  To extend the term of supervision for        Years, for a total term of        Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

> The defendant shall undergo a sex-offense-specific evaluation and participate in a sex offender treatment and/or mental health treatment program approved by the probation officer. The defendant shall abide by all rules, requirements, and conditions of the sex offender treatment program(s), including submission to polygraph testing. The defendant shall waive his right of confidentiality in any records for mental health assessment and treatment imposed as a consequence of this judgment to allow the probation officer to review the defendant's course of treatment and progress with the treatment provider. The defendant will be required to contribute to the costs of services rendered in an amount approved by the probation officer, based on ability to pay or availability of third-party payment as approved by the Court.

### CAUSE

The offender's presentence report revealed that on September 22, 1996, at the age of 16, Molina was charged with lewd and lascivious on child under Dade County Circuit Court (Miami, Florida) Case No. J96-10636. This case was discussed with the offender, who voluntarily agreed to engage in sex offender/mental health evaluation.

Respectfully submitted,

By: Diana Mercado
U.S. Probation Officer
Date: 06/20/07

THE COURT ORDERS:

[ ✓ ] The Modification of Conditions as Noted Above
[   ] The Extension of Supervision as Noted Above
[   ] No Action
[   ] Other

_____
Signature of Judicial Officer

7-5-07
_____
Date